# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOLAS OLED LTD., § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., SAMSUNG DISPLAY CO., LTD., § § *Defendants*. § | CIVIL ACTION NO. 2:20-CV-00307-JRG |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Display Co., Ltd.'s ("SDC") (collectively, "Defendants") Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement (the "Motion"). (Dkt. No. 17). In the Motion, foreign entities SEC and SDC agree to waive service of process under the Hague Convention in exchange for a ninety (90) day extension of the time to respond to Plaintiff Solas OLED Ltd.'s ("Plaintiff") Complaint (Dkt. No. 1) for Defendants SEC, SDC, and SEA. The Court hereby finds that SEC and SDC have waived service of process under the Hague Convention. Having considered the Motion, and in view of the waiver, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is extended up to and including **January 7, 2021.**

**So ORDERED and SIGNED this 18th day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE