IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00307-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG DISPLAY CO., LTD., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Solas OLED Ltd.'s ("Plaintiff") Notice of Dismissal with Prejudice (the "Notice"). (Dkt. No. 30). In the Notice, Plaintiff dismisses with prejudice its claims against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Display Co., Ltd. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action in Case No. 2:20-cv-00307 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 9th day of March, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE